IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CAROLYN MILES**                                                                                        **PLAINTIFF**

**v.**                                            **4:06CV00763-WRW**

**UNIVERSITY OF ARKANSAS SYSTEM,** *ET AL.*                          **DEFENDANTS**

## ORDER

Pending is Separate Defendant, University of Arkansas of Medical Sciences ("UAMS") Campus Department of Pastoral Care's Motion to Dismiss (Doc. No. 13). Plaintiff has responded and does not object. Accordingly, the Motion is GRANTED and UAMS Campus Department of Pastoral Care is DISMISSED WITH PREJUDICE.

Plaintiff's Motion for an Extension of Time (Doc. No. 43) is DENIED as MOOT. Plaintiff's Counsel's Motion to Withdraw (Doc. No. 42) remains pending.

IT IS SO ORDERED this 28th day of November, 2006.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE