**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CAROLYN MILES**                                                                    **PLAINTIFF**

**v.**                                        **4:06-CV-00763-WRW**

**UNIVERSITY OF ARKANSAS SYSTEM**                              **DEFENDANT**

## JUDGMENT

Based on an Order entered this date granting Defendants' Motion for Summary

Judgment, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 16th day of April, 2008

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE